UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 27 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Richard Winning                           44600

_____           _____

_____           _____

(Enter above the full name of the plaintiff     (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                                CIVIL ACTION NO. 2:10-1263
                                          (Number to be assigned by Court)

Arther Ferrel

officer Muncy

_____

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____   No __X__

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: _____N/A_____

   _____

   _____

   Defendants: _____N/A_____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county):

   _____N/A_____

   _____

3. Docket Number: _____N/A_____

4. Name of judge to whom case was assigned:

   _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____N/A_____

   _____

6. Approximate date of filing lawsuit: _____N/A_____

7. Approximate date of disposition: _____N/A_____

II. Place of Present Confinement: **Huttonsville Correctional Center**

    A. Is there a prisoner grievance procedure in this institution?

        Yes **✓**      No \_\_\_\_

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes \_\_\_\_      No **✓**

    C. If your answer is YES:

        1. What steps did you take? **N/A**

        2. What was the result? **N/A**

    D. If your answer is NO, explain why not: **Did Not occur At Prison Facility.**

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: **Richard Winning #44600**

       Address: **Huttonsville Correctional Center**

    B. Additional Plaintiffs and Address: **N/A**

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant **Arther Ferrel**

   is employed as **A officer**,

   at **Mingo County court house.**

D. Additional defendants: **Officer Muncy A officer in mingo county court house.**

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

**On June 14, 2005 Arther Ferrel And officer muncy Beat me while in hand cuff in mingo county court house in the BAsement.**

IV. Statement of Claim (continued):

V.  RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Would like to get paid For Restitution And Damages of The Amount of $150,000

V. Relief (continued)

_____
_____
_____
_____
_____
_____

VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        N/A

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ____    No  X

    If so, state the name(s) and address(es) of each lawyer contacted:

        N/A

    If not, state your reasons:  N/A

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No  ✓

If so, state the lawyer's name and address:

N/A

Signed this __19__ day of __Oct__, 20_10_.

_Richard Winning #44600_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct 19, 2010__
　　　　　　　　(Date)

_Richard Winning 44600_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

016H26524365
$02.920
10/26/2010
Mailed From 26273
US POSTAGE
Hasler



HUTTONSVILLE CORRECTIONAL CENTER

Richard Winning #44600
HCC
P.O Box 1
Huttonsville, W.VA
26273

Clerk, United States District Court
P.O Box 2546
Charleston, W.V. 25329